IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES ELMOND DUVAL,

    Petitioner,                     No. 2:08-cv-1591 JFM (HC)

  vs.

M.C. KRAMER, Warden,

    Respondent.                  <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 30, 2008, petitioner filed a motion for reconsideration, asking the court to vacate entry of judgment to permit him to file a traverse to respondent's answer. Good cause appearing, petitioner's motion will be granted. The Clerk of the Court will be directed to vacate the September 23, 2008 order and judgment. Petitioner will be granted an additional thirty days in which to file a traverse. Upon the filing of the traverse, the matter will stand submitted.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner's September 30, 2008 motion for reconsideration is granted;

        2. The Clerk of the Court is directed to vacate the court's September 23, 2008 order and judgment; and

1

      3. Petitioner's traverse shall be filed on or before thirty days from the date of this order.

DATED: October 6, 2008.

                                            UNITED STATES MAGISTRATE JUDGE

/001;duva1591.rec