1

2

3

4

5

6

7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11   JAMES ELMOND DUVAL,

12             Petitioner,                    No. 2:08-cv-1591 JFM

13        vs.

14   M.C. KRAMER, Warden,

15             Respondent.             ORDER

16   _____/

17             Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of

18   this court's November 7, 2008 denial of his application for a writ of habeas corpus.  Before

19   petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c);

20   Fed. R. App. P. 22(b).

21             A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the

22   applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C.

23   § 2253(c)(2).  The certificate of appealability must "indicate which specific issue or issues

24   satisfy" the requirement.  28 U.S.C. § 2253(c)(3).

25             A certificate of appealability should be granted for any issue that petitioner can

26   demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

1

court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]

Petitioner has made a substantial showing of the denial of a constitutional right in the following issue presented in the instant petition:  whether the state courts' decisions to deny his petition for habeas corpus and petition for review were contrary to clearly established law and resulted in a denial of petitioner's right to due process.

Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is issued in the present action.

DATED:  January 14, 2009.

UNITED STATES MAGISTRATE JUDGE

/duval.830

---

[1]  Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause.  <u>Jennings</u>, at 1010.

2